1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER MILLER,                      Case No.  1:24-cv-00994-HBK (PC)

12                Plaintiff,                   CLERK TO ASSIGN CASE TO DISTRICT
                                              JUDGE AND CLOSE CASE BASED UPON
13          v.                                PLAINTIFF'S VOLUNTARY DISMISSAL
                                              UNDER FED. R. CIV. P. 41 (a)(1)(A)(i)
14   IDALVERTO ZALDIVAR-GALVES,
                                              (Doc. No.  9)
15                Defendant.

16

17

18

19          On October 15, 2024, Plaintiff filed a pleading titled "Notice of Dismissal Without

20   Prejudice."  (Doc. No. 9, "Notice").  The Notice, signed and dated by Plaintiff on October 9,

21   2024, states "TO THE CLERK OF COURT: Please dismiss this entire action without prejudice,

22   including all causes of action, as pursuant to Federal Rule of Civil Procedure § 41(a)(1)."  (*Id.*).

23   The Notice follows the Court's October 1, 2024, Screening Order, which found that Plaintiff's

24   Complaint failed to state any cognizable federal claim.  (*See* Doc. No. 8)  Because no defendant

25   has been served and no answer nor motion for summary judgment has been filed, Plaintiff may

26   voluntarily dismiss this action by operation of law without further order from the Court.  *See* Fed.

27   R. Civ. P. 41(a)(1)(A)(i).

28          ///

Accordingly, it is **ORDERED**:

The Clerk of Court is directed to assign this case to a district judge, vacate all deadlines and CLOSE this case to reflect Plaintiff's Notice of Voluntary Dismissal without prejudice (Doc. No. 9) consistent with Fed. R. Civ. P. 41(a)(1)(A)(i).


Dated:    October 16, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE